## Morticians' Acceptance Company, Inc., Appellee, v. Interment Insurance Association, Appellant.

### Gen. No. 42,006.

Heard in first division, first district, this court at December term, 1941; opinion filed June 1, 1942. Fithian, Spengler & Finnegan, for appellant; George S. Lavin, for appellee; Ira S. Kolb, of counsel. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."